BELKNAP.

## THOMPSON *v.* CROOKER.

When an officer who served a writ has received from the defendant the
debt and a part of the costs, neglecting by mistake to claim the rest,
which he was not authorized to relinquish, and the defendant, being
informed of the mistake, has refused to pay any more, the action may
be entered, and judgment taken for the costs that have not been paid.

ASSUMPSIT, on a note.   The officer who served the writ re-
ceived from the defendant, and gave him a receipt for, the amount
of the note and the officer's fees, omitting by mistake to claim the
fee for the writ.  · Before entry of the action, the defendant, being
informed of the mistake, refused to pay any more.

*Thompson*, for the plaintiff.

*Whipple*, for the defendant.

DOE, C. J.    The plaintiff can recover the costs that have not
been paid.

                                *Judgment for the plaintiff.*

FOSTER, J., did not sit: the others concurred.